UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AARON MICHAEL DAVID WACHTER,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No. 1:25-cr-166

**ORDER**

On November 7, 2025, pursuant to the Government's motion (ECF No. 11) the Court granted the motion for a psychiatric/psychological evaluation and ordered that Defendant undergo a psychiatric or psychological examination within the meaning of 18 U.S.C. §§ 4241 and 4247, and that a report be authored in accordance with 18 U.S.C.§ 4247 addressing Defendant's mental competency to stand trial and to assist meaningfully in the defense of this matter (ECF No. 17). The report was filed (ECF No. 26), and the parties filed a Joint Stipulation to Competency Report (ECF No. 27), agreeing that Defendant Aaron Michael David Wachter was not competent pursuant to 18 U.S.C. § 4241 to stand trial and to assist meaningfully in the defense of this matter. The Court having reviewed the Stipulation and being otherwise familiar with the case circumstances:

IT IS HEREBY ORDERED that the Joint Stipulation to Competency Report as to Defendant Aaron Michael David Wachter (ECF No. 27) is GRANTED. The Court finds that Defendant is not competent pursuant to 18 U.S.C. § 4241 to stand trial and to assist meaningfully in the defense of this matter.

IT IS HEREBY ORDERED that Defendant Aaron Michael David Wachter is committed to the Bureau of Prisons to be transferred to a federal medical center for further evaluation and

treatment for restoration of competency pursuant to 18 U.S.C. § 4241(d) for a period not to exceed 120 days.

    IT IS FURTHER ORDERED that the report of the evaluator shall be submitted to the Court and will be filed with access restricted to the Court and the parties.

    IT IS FURTHER ORDERED that, upon return of the report, a continued competency hearing shall be scheduled promptly by the Court's case manager.

    IT IS FURTHER ORDERED that the professional preparing the evaluation shall make him/herself available for testimony at the competency hearing.

    FINALLY, IT IS ORDERED that Pretrial Services is authorized to release any bond report(s) regarding Defendant to the Federal Bureau of Prisons.

Dated: November 21, 2025                   /s/ Sally J. Berens
                                                                           SALLY J. BERENS
                                                                           U.S. Magistrate Judge